07/08/2013 17:19 FAX 212 566 2488   FAX MA   @002



**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 7|11|12

JUL - 8 2013

**BARBARA J. BRANDES & ASSOCIATES**
ATTORNEYS AT LAW
SUITE 900
225 BROADWAY
NEW YORK, NY 10007-3001

BARBARA J. BRANDES, MANAGING ATTORNEY
JUDITH
July 8, 2013

TEL: (212) 406-0150
FAX: (212) 566-2488

The Honorable Sidney Stein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

*July 9, 2013*
*A transcript copy of the Sept. 13, 1999,*
*plea minutes of the above docketed matter*
*shall be unsealed and released*
*to Barbara J. Brandes, Esq.,*
*225 Broadway, Suite 900,*
*N.Y. NY 10007.    So ordered*
*[signature] U.S.D.J.*

**RE:    Mohammed Shahidur Rahman**
**Docket No. 99-CR-352 (SHS)**

Dear Judge Stein,

We are the immigration attorneys for Mohammed Rahman. We contacted your office on June 24, 2013, regarding our request for the sealed plea minutes, dated September 13, 1999, for the above docketed matter, *USA vs. Mohammed Shahidur Rahman*. We were instructed to receive permission from both the criminal defense attorney and the District Attorney's Office in order to unseal the plea minutes and release them to us.

On July 1, 2013, we contacted Attorney Camille Abate, the defense attorney of record who had no objections to unsealing the plea minutes, provided she received an Authorization for the Release of Records signed by the defendant. The Authorization was faxed to Attorney Abate's office at the Bronx Defenders on July 8, 2013.

On July 8, 2013, we contacted ADA Jeff Brown at the DA's Office for the Southern District of New York, who stated that if the defense attorney and the defendant had no objections, that they would also agree to the unsealing of the plea minutes. The Authorization was faxed to ADA Brown's office at the DA's Office of SDNY on July 8, 2013.

Further, please find attached a copy of the Authorization for the Release of Records, signed by the defendant Mohammed Rahman and notarized.

If Your Honor has any issues regarding this request, please do not hesitate to contact our office at any time.

Respectfully,

Stephanie E. Gibbs, Esq.
Brandes & Associates

Received:
07/08/2013 17:20 FAX 212 566 2488        FAX MA                    ☑003

## AUTHORIZATION FOR THE RELEASE OF RECORDS

I, Mohammed Shahidur Rahman, born on September 9, 1978 and currently residing at

20826 Grand Central Blvd., Apt. 3C, Queens Village, NY 11427, hereby authorize the U.S.

District Court for the Southern District of New York to release the transcript of the plea minutes

of September 13, 1999 to my immigration attorneys Barbara J. Brandes & Associates, whose

professional address is 225 Broadway, Suite 900, New York, NY 10007.

Mohammed Rahman

Sworn to before me this 8

day of July, 20 13

Notary Public

BARBARA J. BRANDES
NOTARY PUBL... State of New York
No. 02-BR4722307
Qualified in Queens County
Commission Expires Dec. 31, 18
25, 2013